RECEIVED
IN MONROE, LA
JUL 2 4 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| BRIAN K. CHISOLM | * | CIVIL ACTION NO. 06-0739 |
| VERSUS | * | JUDGE JAMES |
| WARDEN JOHNNY SUMLIN, *ET AL.* | * | MAGISTRATE JUDGE HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Defendants' motion to dismiss [Document No. 1] is **GRANTED, that Plaintiff's federal and state law claims for injunctive and declaratory relief are DISMISSED as MOOT, that his claims for damages due to violations of the Free Exercise Clauses of the federal and state constitutions and for violations of his right of assembly and petition, his right to judicial review, his right to humane treatment, and his right to access to courts under the state and federal constitutions are DISMISSED with prejudice as frivolous, that his due process claims under section 1983 are DISMISSED with prejudice, and that his state law claims relating to the loss of his property are DISMISSED without prejudice.**

THUS DONE AND SIGNED this 21 day of July, 2006, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION